UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OTTER PRODUCTS, LLC, et al.,

                    Plaintiffs,

v.                                                                                     **ORDER**

AARON SMURTHWAITE,                                       No. 22-CV-04209 (PMH)

                    Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 12, 2022, a Clerk's Certificate of Default was issued as to the Defendant Aaron Smurthwaite. (Doc. 13). As there has been no activity on this docket since the issuance of the Clerk's Certificate of Default, Plaintiffs are directed to submit a letter to the Court via ECF concerning the status of this action by October 13, 2022.

                                          **SO-ORDERED:**

Dated: White Plains, New York
         September 28, 2022

                                          _____
                                          Philip M. Halpern
                                          United States District Judge